**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

EXIT CORPORATION,

Plaintiff,

v.

EGAN MECHANICAL CONTRACTORS, INC.,
f/k/a EGAN & SONS AIR CONDITIONING COMPANY,

Defendant.

Civil No. 00-2702 DWF/AJB

**PRETRIAL SCHEDULING ORDER**

---

EXIT CORPORATION,

Plaintiff,

v.

EGAN & SONS, COMPANY, suing as
EGAN & SONS, INC.,
f/k/a EGAN MECHANICAL CONTRACTORS, INC.,

Defendant.

Civil No. 00-223 DWF/AJB

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by October 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

before June 29, 2001.

3. Expert Witnesses

   a. The parties shall disclose the identity of expert witnesses under Rule 26(a)(2)(A), and shall provide the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, on or before July 31, 2001.

   b. Any rebuttal expert reports shall be due by September 4, 2001.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than 6 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. Any motion to refer this matter to Bankruptcy Court shall be served on or before May 15, 2001.

2. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by May 31, 2001.

3. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, October 1, 2001.

4. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by

December 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Court trial on April 1, 2002 or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 5 days.

Dated: 5/16/01

Arthur J. Boylan
United States Magistrate Judge