UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| EXIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EGAN MECHANICAL CONTRACTORS, INC., f/k/a EGAN & SONS AIR CONDITIONING COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-2702 DWF/AJB |

**ORDER**

This matter comes before the Court on an Agreed Motion to Extend Discovery Cutoff and Deadline for Submission of Dispostive Motions. The Court, being duly advised, finds that said Motion should be, and hereby is, GRANTED. It is, therefore,

ORDERED that the time in which discovery in this matter must be completed be enlarged to and including November 30, 2001, and the time within which any party may file a motion for summary judgment or partial summary judgment is enlarged to and including December 31, 2001.

SO ORDERED this 1st day of November, 2001.

Judge, United States District Court
District of Minnesota, Third Division

NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______