**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EXIT CORPORATION,
f/k/a J A House, Inc.,

Plaintiff,

v.

EGAN MECHANICAL CONTRACTORS, INC.,
f/k/a Egan & Sons Air Conditioning Company,

Defendant.

Civil No. 00-2702 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Richard Jensen, Esq., Fabyanske Westra & Hart, 920 2nd Avenue South, Suite 1100, Minneapolis, MN 55402; James Carlberg, Esq., and Judy Woods, Esq., Bose McKinney & Evans, 2700 First Indiana Plaza, 135 North Pennsylvania Street, Indianapolis, IN 46204, counsel for Plaintiff.

William Beadie, Esq., Moore Costello & Hart, 701 4th Avenue South, Suite 1710, Minneapolis, MN 55415-1823, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 8, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR - 8 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________